HANNAH S. BRICK, PLAINTIFF IN ERROR, v. ROBERT CAMPBELL, DEFENDANT IN ERROR.

On error to the Supreme Court.

For the plaintiff in error, *A. V. Schenck.*

For the defendant in error, *Bedle, Muirheid & McGee.*

*For affirmance*—THE CHANCELLOR, CHIEF JUSTICE, DEPUE, GARRISON, MAGIE, REED, VAN SYCKEL, BROWN, CLEMENT, COLE, McGREGOR, SMITH, WHITAKER.   13.

*For reversal*—None.

---

THE CITY OF NEWARK, PLAINTIFF IN ERROR, v. WILLIAM NELSON, DEFENDANT IN ERROR.

On error to the Supreme Court.

For the plaintiff in error, *Jos. Coult.*

For the defendant in error, *Vredenburgh & Garretson.*

*For affirmance*—THE CHANCELLOR, CHIEF JUSTICE, DIXON, GARRISON, MAGIE, REED, SCUDDER, VAN SYCKEL, BROWN, CLEMENT, COLE, McGREGOR, SMITH, WHITAKER. 14.

*For reversal*—None.